UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUKE ISAAC TERPSTRA,

**INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

## INTRODUCTORY ALLEGATIONS

1. At all times relevant to this Indictment, the defendant, LUKE ISAAC TERPSTRA, was a resident of Grant, Michigan.

2. At all times relevant to this Indictment, the Satanic Temple ("TST") was a tax-exempt organization headquartered in Salem, Massachusetts.

3. Sometime in late summer or early fall 2023, the defendant, LUKE ISAAC TERPSTRA, built several devices that he later characterized as "bombs."

4. Some of the devices that the defendant, LUKE ISAAC TERPSTRA, built included a type of improvised explosive device. He also assembled a container that had coins taped to the outside and a container that had rifle ammunition secured to the sides of it.

5. In September 2023, the defendant, LUKE ISAAC TERPSTRA, traveled from his home in Grant, Michigan, to TST in Salem, Massachusetts. With him, the

defendant LUKE ISAAC TERPSTRA, carried the devices described above, multiple firearms, and ammunition.

6. In or about December 2023, the defendant, LUKE ISAAC TERPSTRA, stated that he possessed the "bombs" because he had wanted to "blow up" TST in Salem, Massachusetts.

7. In or about January 2024, defendant LUKE ISAAC TERPSTRA possessed items that can be used to make improvised explosive devices, including a plastic container with coins attached to it and a piece of cannon fuse coming out of the lid; numerous metal carbon dioxide ($CO_2$) cartridges; PVC pipe; ammonium nitrate; and hobby fuses.

## COUNT 1
### Transportation of an Explosive with Intent to Kill, Injure, or Intimidate or to Damage or Destroy Property

Paragraphs 1 through 7 of the Introductory Allegations are realleged as if fully set forth herein.

On or about September 18 and 19, 2023, in Newaygo County, in the Southern Division of the Western District of Michigan and elsewhere, the defendant,

**LUKE ISAAC TERPSTRA,**

transported in interstate commerce an explosive with the knowledge and intent that it would be used to kill, injure, and intimidate any individual and unlawfully to damage and destroy any building, vehicle, and other real and personal property.

18 U.S.C. § 844(d)
18 U.S.C. § 844(j)

## COUNT 2
### Possession of an Unregistered Destructive Device

Paragraphs 1 through 7 of the Introductory Allegations are realleged as if fully set forth herein.

From on or about September 18, 2023, to on or about December 30, 2023, in Newaygo County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

**LUKE ISAAC TERPSTRA,**

knowingly possessed a firearm — that is, an improvised explosive device that qualifies as a destructive device, as defined at Title 26, United States Code, Sections 5845(a)(8) and (f) — that was not registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. § 5861(d)
26 U.S.C. § 5841
26 U.S.C. § 5871
26 U.S.C. §§ 5845(a) and (f)

## FORFEITURE ALLEGATION
**Possession of an Unregistered Destructive Device**

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

Pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), upon conviction of a violation of 26 U.S.C. § 5861(d) set forth in Count 2 of this Indictment, the defendant,

**LUKE ISAAC TERPSTRA,**

shall forfeit to the United States any firearm involved in the commission of the offense including, but not limited to, the destructive devices as described in Count 2 of this Indictment.

26 U.S.C. § 5872(a)
28 U.S.C. § 2461(c)
26 U.S.C. § 5861(d)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

[ /s/ Redacted ]
STEPHANIE M. CAROWAN
Assistant United States Attorney