UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                   CASE NO. 1:24-cr-67

v.

                                   HON. ROBERT J. JONKER

LUKE ISAAC TERPSTRA,

       Defendant.
_____/

## ORDER OF COMMITMENT FOR COMPETENCY EVALUATION

       This is a prosecution for transportation of an explosive with intent to kill, injure, or intimidate or damage or destroy property and possession of an unregistered destructive device. The defendant has moved for a competency evaluation per 18 U.S.C. § 4241, based on defense counsel's concerns that defendant may be experiencing delusional and/or psychotic symptoms. The government takes no position on defense counsel's motion.

       Defendant's motion is hereby **GRANTED**. The Court finds that there are reasonable grounds to believe that defendant may be suffering from a mental disease or defect that renders him incompetent to the extent that he may be unable to understand the nature and consequences of the proceedings and to assist properly in his defense.

       The Court **ORDERS** that a psychiatric or psychological examination of defendant be conducted pursuant to 18 U.S.C. § 4241(b) and that a psychiatric report be filed in accordance with 18 U.S.C. § 4247(c). Defendant is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period of time not to exceed thirty (30) days, to commence when defendant arrives at the facility, unless otherwise extended by the Court upon

showing of good cause that additional time is necessary for observation and evaluation of the defendant, in which case the Court will grant an extension of time not to exceed fifteen (15) days. 18 U.S.C. §4247(b).

Upon being advised by the Attorney General of the facility to which defendant has been designated, the United States Marshals Service is directed to promptly inform the Court, at which time the Court will issue an order directing the United States Marshals Service to transport the defendant to the designated facility.

Upon receipt of the psychiatric report, a hearing shall be scheduled in accordance with the provisions of §4247(d) to determine the competency of the defendant and his ability to properly assist in his defense and to understand the nature and consequences of the proceedings against him. 18 U.S.C. §4241(a).

**IT IS SO ORDERED**.


Dated:  July 5, 2024                  /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE