UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:24-cr-67

    HON. ROBERT J. JONKER

LUKE ISAAC TERPSTRA,

    Defendant.

_____/

## ORDER

Defendant shall be transported by the U.S. Marshal to the designated place of psychological/psychiatric examination or hospitalization with arrival no later than ten (10) days from the date of this order.

**IT IS SO ORDERED**.

Dated: July 25, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE