UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE ISAAC TERPSTRA,

    Defendant.
_____/

CASE NO. 1:24-cr-67

HON. ROBERT J. JONKER

## **ORDER**

On September 20, 2024, the Court received the forensic report dated September 18, 2024, regarding the defendant's competency to stand trial, which was ordered under 18 U.S.C. § 4241. It is common federal practice to restrict access to such reports to protect the privacy of the mental health information. *See, e.g., United States v. Weston*, 194 F.3d 145, 146 (D.C. Cir. 1999); *United States v. Shlater*, 85 F.3d 1251, 1254 (7th Cir. 1996).

THEREFORE, IT IS ORDERED that the Clerk shall docket said report for use in this matter under restricted access, allowing counsel of record and the United States Probation Office access to the report, and shall restrict the report from public inspection.

Dated:  September 25, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE