UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                CASE NO. 1:24-cr-67

LUKE ISAAC TERPSTRA,
                                HON. ROBERT J. JONKER

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendant's motion for ends of justice continuance of the final pretrial presently scheduled for February 18, 2025, and trial scheduled for March 4, 2025. (ECF No. 31).  The basis of the defendant's motion is that additional time is necessary in order to continue investigating the matter and reviewing discovery.  Counsel for the government does not object to the request.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(A), an ends of justice continuance is hereby entered.  The final pretrial conference is rescheduled to **April 23, 2025, at 4:00 p.m**.  All motions shall be filed on or before **March 7, 2025**.  Jury trial is rescheduled to **May 6, 2025, at 8:30 a.m**.


Dated:   February 6, 2025                  /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE