UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:24−cr−00067−RJJ

v.                                         Hon. Robert J. Jonker

LUKE ISAAC TERPSTRA,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            April 16, 2025   02:00 PM
Judge:                  Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                                                    ROBERT J. JONKER
                                                    United States District Judge

Dated:  April 4, 2025        By:    /s/ Stephanie Carpenter
                                              Case Manager