UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:24−cr−00067−RJJ

   v.                                 Hon. Robert J. Jonker

LUKE ISAAC TERPSTRA,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  July 31, 2025   03:00 PM
Judge:  Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

                                            ROBERT J. JONKER
                                            United States District Judge

Dated:  April 16, 2025        By:   /s/ Stephanie Carpenter
                                        Case Manager