UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUKE ISAAC TERPSTRA,

      Defendant.
_____/

Case no. 1:24-cr-00067

Hon. Robert J. Jonker
United States District Judge

**DEFENDANT'S MOTION FOR LEAVE TO FILE
UNDER RESTRICTED ACCESS**

Luke Isaac Terpstra, through his attorney, Elizabeth A. LaCosse of the Office of the Federal Public Defender, moves the Court for leave to file Attachment 1 to the Defendant's Sentencing Memorandum under restricted access in the above-entitled case because of the sensitive details contained therein.

                          Respectfully submitted,

                          SEAN R. TILTON
                          Federal Public Defender

                          SEAN R. TILTON
                          Federal Public Defender

Dated: July 17, 2025              /s/ Elizabeth A. LaCosse
                                            ELIZABETH A. LACOSSE
                                            Assistant Federal Public Defender
                                            925 W. Washington Street, Suite 104
                                            Marquette, Michigan 49855
                                            (906) 226-3050