UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:24-cr-67

    HON. ROBERT J. JONKER

LUKE ISAAC TERPSTRA,

    Defendant.

_____/

## **ORDER**

Defendant's Motion for Leave to File a document under seal is **DENIED** without prejudice. Simply claiming a document has "sensitive details" is not enough to meet the exacting standard for permission to file under seal. Moreover, in this case it's not clear to the Court what part of the assessment the defense plans to use in support of its sentencing position that is not already thoroughly summarized in the PSR. Accordingly, this motion to file under seal is DENIED without prejudice.

Defendant may refile a request with a more detailed argument in support of sealing, or Defendant may choose to rely on the information in the PSR as sufficient for his purpose.

Dated:  July 22, 2025              /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE