UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

CASE NO. 1:24-cr-67

v.

HON. ROBERT J. JONKER

LUKE ISAAC TERPSTRA,

      Defendant.
_____/

**ORDER**

    The government moves to file a victim impact statement on a restricted access basis to protect the personally identifying information of the victim. ECF No. 53. The Court has reviewed the victim impact statement (ECF No. 55) and agrees that the unredacted statement should remain on a restricted access basis. However, the government should file a public version of the statement with personally identifying information redacted. There is not so much personal information that this creates an undue burden.[1]


Dated:  July 28, 2025             /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE

---

[1] Victim Impact Statements should, whenever possible, be produced in time for the PSR. This not only avoids separate motion practice, it also helps ensure adequate time for review by all interested parties.